**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

**No. 00-20798**

---

**EUGENE E. SHANKS, SR., doing business as Fliteline
Maintenance, Inc., doing business as Fliteline
Maintenance; FARM AND RANCH AERIAL APPLICATOR
SERVICES, INC.; GULF COAST AG, INC.; FLITELINE
MAINTENANCE, INC.,**

Plaintiffs-Appellants,

**versus**

**ALLIEDSIGNAL, INC., doing business as Garrett Engine
Division; ED ADHERNS, doing business as Garrett
Engine Division, doing business as Alliedsignal, Inc.;
JERRY TORRENCE, doing business as Garrett Engine
Division, doing business as Alliedsignal, Inc.;
PETER BAKER, doing business as Garrett Engine
Division, doing business as Alliedsignal, Inc.;
SANDY MEOUR, doing business as Garrett Engine
Division, doing business as Alliedsignal, Inc.,**

Defendants-Appellees.

---

**Appeal from the United States District Court
for the Southern District of Texas
(H-94-CV-1906)**

---

July 16, 2001

Before KING, Chief Judge, BARKSDALE, Circuit Judge, and NOWLIN,
District Judge.[1]

PER CURIAM:[2]

---

[1]     District Judge of the Western District of Texas, sitting
by designation.

[2]     Pursuant to 5TH CIR. R. 47.5, the court has determined that

Having considered the briefs and pertinent parts of the record, and having heard oral argument, and essentially for the reasons stated by the district court in its comprehensive and well-reasoned opinion, the judgment is

*AFFIRMED.*

---

this opinion should *not* be published and is *not* precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.